USDC SCAN INDEX SHEET










```
JPP     11/3/03    10:21
3:03-CV-02145   ROJO V. ASHCROFT
*1*
*PCSO.*
```

**JOAQUIN CASTILLO ROJO**
A # 41-286-030, L-26
1115 N. IMPERIAL AVE
EL CENTRO, CA 92243.

*Pro-Se.*



FILED

03 OCT 30 PM 3:32

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA.

JOAQUIN CASTILLO ROJO,
       Petitioner,
Vs.

JOHN ASHCROFT, U.S ATTORNEY GENERAL,
TOM RIDGE, SECRETARY DEPARTMENT OF
HOME LAND SECURITY,
DISTRICT DIRECTOR, DHS, BICE;
CARYL THOMPSON, O.I.C., I.N.S. DETENTION
CENTER, EL CENTRO, CA, et. al.
       Respondents.

03CV2145 JM LSP

INS FILE No: 41-286-030

**PETITION OF WRIT OF HABEAS CORPUS PURSUANT 28 U.S.C. § 2241**

Date: October 28, 2003.

1. Type of Challenge     (check one)

    ( )    Parole

    ( )    Probation

    ( )    Loss of Good-Time Credits

    ( )    Prison disciplinary hearing

    (X)    Other (specify) Unlawful detention by Department of Home Land Security, Bureau of Customs and Immigration Enforcement.

2.    Have you previously filed any petitions, applications, or motions with respect to the execution of your sentence in any court, state or federal?

       Yes [ ] No [X]

3.    If your answer to 2 was "Yes," give the following information:

   (a)(1)   Name of Court_____

      (2)    Nature of proceeding

      (3)    Grounds raised

 (4).   Did you receive an evidentiary hearing on your petition, application or motion

       Yes [ ] No [X]

      (5)    Result_____

      (6)    Date of result_____

(b)    As to any second petition, application or motion give the same information:

      (1)    Name of Court_____

      (2)    Nature of proceeding

      (3)    Grounds raised

      (4)    Did you receive an evidentiary hearing on your petition, application or motion?

          Yes [ ] No [X]

      (5)    Result_____

(6) Date of result_____

(c) Did you appeal, to the highest state court having jurisdiction, the result of action taken on any petition, application, or motion?

    (1) First petition, etc.      Yes [ ] No [ ]

    (2) Second petition etc.      Yes [ ] No [ ]

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

**4. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** If necessary, you may attach pages stating additional grounds and facts supporting same. <u>CAUTION: In order to proceed in the federal court you must ordinarily first exhaust your federal court. Moreover, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date</u>

A       **Ground one:**

Petitioner contends that the Department of Home Land Security and Immigration and Customs Enforcement has no authority keep him in detention and to remove him from United States.

Petitioner requests the court that it should conduct a de novo hearing on his application for Citizenship for the United States of America

\_\_\_\_\_**Supporting FACTS** (state *Briefly* without citing cases or laws):

   (*See:* Memorandum of points and authorities in support of habeas corpus)

**B.** **Ground two:**

Petitioner contends that he is a "National" of the United States.

Petitioner has met all the requirements to be a "National of the United States".

Moreover, he has already signed an Oath of allegiance to United States and has established his willingness and loyalty to United States.

**Supporting FACTS** (state *Briefly* without citing cases or laws):

*(See:* Memorandum of points and authorities in support of habeas corpus)

**C.     Ground three:**

Petitioner contends that as a legal permanent resident, he has both substantive and procedural due process rights.

Petitioner claims that INS has violated Petitioner's Fifth Amendment rights.
Regarding substantive due process claim, Petitioner asserts that the INS has consciously maintained a policy and practice of denying requests arbitrarily as to violate the substantive due process rights of the petitioner.
The due process claim is grounded on that the INS have maintained a practice and policy of denying requests without providing the applicant of any notice of deficiencies, notices of the basis for denial of his Citizenship application.

_____**Supporting FACTS** (state *Briefly* without citing cases or laws):

(*See:* Memorandum of points and authorities in support of habeas corpus)

**5.** If any of the grounds listed in 4A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not presented, and give your reasons for not presenting them: _

**6.** Do you have any petition or appeal now pending in any court, either state or federal, as to the execution of sentence attacked herein:

    (a)    In any post-conviction proceeding_____

    _____

    (b)    On appeal from any adverse ruling in a post-conviction proceeding_____

    _____

Wherefore, petitioner prays that the Court grant petitioner relief he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

10/28/03
(Date)

_____
SIGNATURE OF PETITIONER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED
03 OCT 30 PM 3:32
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Joaquin Castillo Rojo | John Ashcroft, US Atty General, Tom Ridge, Sec Dept of Homeland Sec, District Director, DHS, BICE, Caryl |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Imperial Co (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Imperial Co (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Joaquin Castillo Rojo 1115 N Imperial Ave El Centro Ca 92243 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff        ☒ Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant        ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only)      FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28:2241   03cv2145JM(LSP)

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☐ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appelate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

VIII. RELATED CASE(S) IF ANY (See Instructions):    JUDGE                    Docket Number

DATE                                                   SIGNATURE OF ATTORNEY OF RECORD

#098344$5.00